430 A.2d 1151

**YORK PAID FIREMEN'S PENSION FUND BOARD OF YORK CITY, Pennsylvania,**

**v.**

**M. Kenneth LINDSEY, Appellant.**

Supreme Court of Pennsylvania.

Argued May 21, 1981.

Decided June 4, 1981.

James B. Leckrone, Carl H. Cordes, York, for appellant.

Donald B. Hoyt, York, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION

PER CURIAM:

Appeal 52 Pa.Cmwlth. 51, 415 A.2d 441, dismissed as having been improvidently granted.

O'BRIEN, C.J., and WILKINSON, J., did not participate in the consideration or decision of this case.